| | |
|---|---|
| JAMES C. YOON (St. Bar No. 177155)<br>  Email: jyoon@wsgr.com<br>STEFANI E. SHANBERG (St. Bar No. 206717)<br>  Email: sshanberg@wsgr.com<br>ROBIN L. BREWER (St. Bar No. 253686)<br>  Email: rbrewer@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile:  (650) 565-5100<br><br>Attorneys for Plaintiff and Counterclaim Defendant FORTINET, INC. | DURIE TANGRI LLP<br>RAGESH K. TANGRI (St. Bar No. 159497)<br>  Email: rtangri@durietangri.com<br>DARALYN J. DURIE (St. Bar No. 169825)<br>  Email: ddurie@durietangri.com<br>RYAN M. KENT (St. Bar No. 220441)<br>  Email:  rkent@durietangri.com<br>332 Pine Street, Suite 2000<br>San Francisco, CA  94104-3214<br>Telephone:  (415) 362-6666<br>Facsimile:  (415) 326-6300<br><br>Attorneys for Defendant and Counterclaimant PALO ALTO NETWORKS, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 10-CV-05148-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

1  Plaintiff and Counterclaim Defendant Fortinet, Inc. ("Fortinet") and Defendant and
2  Counterclaim Plaintiff Palo Alto Networks, Inc. ("PAN"), by and through their undersigned
3  counsel, hereby stipulate that all claims raised in the Complaints and all counterclaims raised in
4  the above-identified action shall be dismissed with prejudice pursuant to Federal Rule of Civil
5  Procedure 41.  The Parties further stipulate that each party shall be responsible for its own fees
6  and costs.

Respectfully submitted,

Dated:  January 20, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ *Stefani E. Shanberg*
     Stefani E. Shanberg

Attorneys for Plaintiff
FORTINET, INC.

Dated:  January 20, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ *Ragesh K. Tangri*
     Ragesh K. Tangri

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  1/24, 2011

Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE   -1-
AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
CASE NO. 10-CV-05148-RS